GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TYLER K. JONES, an individual, | Case No. 2:22-CV-02049-JCM-NJK |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and BANK of AMERICA, N.A., | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from January 5, 2023 through and including **February 4, 2023**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  Equifax and Plaintiff also make this request because they have engaged in pre-Answer settlement discussions, and this extension will allow the parties to explore early resolution of the

/ /

1 case without expending unnecessary attorney's fees and costs. This stipulation is filed in good faith
2 and not intended to cause delay.
3     Respectfully submitted, this 3rd day of January, 2023.

CLARK HILL PLLC

By: /s/ *Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

<u>**No opposition**</u>

/s/ *Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Phone: (702) 563-4450
Fax: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: January 4, 2023