Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TYLER K. JONES, an individual;<br><br>　　　　　　　　Plaintiff;<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>　　　　　　　　Defendants. | Case No.: 2:22-cv-02049-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE** |

　　　　Plaintiff, Tyler K. Jones ("Plaintiff"), and Defendant, Bank of America, N.A. ("BANA") (collective referred to as the "Parties") have resolved all claims, disputes, and differences between the Parties.

　　　　Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///

///

///

///

///

///

Page 1 of 2

under FRCP 41(a) as to BANA, with Plaintiff and BANA bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 13, 2023

**LAW OFFICE OF**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 13, 2023

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Jory C. Garabedian*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jory C. Garabedian, Esq.
Nevada Bar No. 10352
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
jgarabedian@wrightlegal.net
*Attorneys for Defendant Bank of America, N.A.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: April 14, 2023